IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ACE PROPERTY AND CASUALTY INSURANCE COMPANY, EVEREST NATIONAL INSURANCE COMPANY, and WESTCHESTER FIRE INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> TEAM INDUSTRIAL SERVICES INC., <br><br> Defendant. | § § § § § § § § § § § § § | Civil Action No. 4:24-cv-04217 |

# NOTICE OF VOLUNTARY DISMISSAL
# PURSUANT TO F.R.C.P. 41(A)(1)(A)(I)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs ACE Property and Casualty Insurance Company, Everest National Insurance Company, and Westchester Fire Insurance Company (collectively, the "Plaintiffs") hereby give notice that this action is voluntarily dismissed, without prejudice. Defendant Team Industrial Services, Inc. has not served an answer or motion for summary judgment in this action.

*Signature page follows*

NOTICE OF VOLUNTARY DISMISSAL

DATED: March 28, 2025

                                        **AKERMAN LLP**

                                        */s/ Jeremy A. Williams*

**Jeremy A. Williams**
Texas Bar No. 24037714
S.D. Texas Bar No. 2148655
Jeremy.williams@akerman.com
**Jason B. Heep**
Texas Bar No. 24077587
S.D. Texas Bar No. 3841143
Jason.heep@akerman.com
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Phone:  214.720.4300
Fax:      214.981.9339

*Attorneys for Plaintiffs ACE Property Casualty Insurance Company and Westchester Fire Insurance Company*

**WALKER WILCOX MATOUSEK LLP**

 */s/ Stephen O. Venable*
**Stephen O. Venable**
Texas Bar No. 24056471
S.D. Texas Bar No. 777416
svenable@walkerwilcox.com
**Alyssa E. Schaffer**
Texas Bar No. 24086200
S.D. Texas Bar No.
aschaffer@walkerwilcox.com
1001 McKinney Street, Suite 2000
Houston, Texas 77002
Telephone: (713) 654-8001
Fax: (713) 343-6571

*Attorneys for Plaintiff Everest National Insurance Company*