UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ACE PROPERTY AND CASUALTY INSURANCE COMPANY, *et al.*, <br> Plaintiffs, | § § § § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-04217 |
| TEAM INDUSTRIAL SERVICES INC., <br> Defendant. | § § § | |

## ORDER OF DISMISSAL

On March 28, 2025, the Plaintiffs ACE Property and Casualty Insurance Company, Everest National Insurance Company, and Westchester Fire Insurance Company (collectively, the "Plaintiffs") filed a Notice of Voluntary Dismissal without prejudice (Dkt. #10) pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITHOUT PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Houston, Texas on April 11, 2025.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE